UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
August 12, 2025

|  |  |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE9 INVESTMENTS LLC,<br>an Indiana Limited Liability Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO.: 1:25-cv-813-TWP-MG

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorney's fees, costs, and expenses.

Dated: August 11, 2025

Respectfully submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 362
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Louis@kumussman.com

and

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law

Respectfully submitted,

*/s/ William T. Niemier* .
William T. Niemier, Esq.
Attorney No. 15518-49
6910 N. Shadeland Avenue, Suite 200
Indianapolis, IN 46220
Tel: (317)-890-1714
Fax: (317)-890-1731
bill@tharpinvest.com

*Attorneys for Defendant*

1

6617 Southern Cross Drive
Indianapolis, Indiana 46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 11, 2025, a true and correct copy of the foregoing was

submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic

filing to:

William T. Niemier, Esq.
6910 N. Shadeland Avenue, Suite 200
Indianapolis, IN 46220
bill@tharpinvest.com

By:     *Louis I. Mussman*            .
        Louis I. Mussman, Esq.